No. 410. MARY PARTRIDGE *v.* J. E. CROSBIE ET AL. Error to the Supreme Court of the State of Oklahoma. March 19, 1923. Writ of error dismissed pursuant to the 10th Rule, and petition for a writ of certiorari herein dismissed for failure to comply with the rule as to printing record. *Mr. Burt E. Barlow* and *Mr. Henry B. Martin* for plaintiff in error. *Mr. A. A. Davidson* and *Mr. Preston C. West* for defendants in error. [See *post,* 626, 629.]

No. 854. WALTER BURKE *v.* UNITED STATES. March 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Willet M. Spooner* and *Mr. S. R. Rush* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

No. 879. GEORGE P. CLARK COMPANY *v.* KUEBLER FOUNDRIES, INC. March 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Willard Paff* and *Mr. Calvin F. Smith* for petitioner. *Mr. A. Mitchell Palmer* and *Mr. Frank Davis, Jr.,* for respondent.

No. 902. PETER RULOVITCH ET AL. *v.* UNITED STATES. March 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John J. O'Brien* for petitioners. No brief filed for the United States.

No. 898. ROBERT W. HUNT ET AL. *v.* D. L. GILLESPIE. April 9, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. H. G. Stone* and *Mr. W. W. Gurley* for petitioners. *Mr. David A. Reed* and *Mr. George H. Calvert* for respondent.